UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

AUG 1 3 2014

JAMES N. HATTEN, Clerk
By:
　　　Deputy Clerk

CARLA GLEASON and GRAIG GLEASON

　　　　Plaintiff,

v.

CALLER FROM (213) 710-8389
CALLER FROM (612) 808-8265
CALLER FROM (805  409-4238

　　　　Defendants

CIVIL ACTION NO.
1:14-CV-686-ODE

ORDER

This civil action was filed on March 10, 2014 and since that time no action has occurred. IT IS THEREFORE

ORDERED, that the Plaintiff show cause why above complaint should not be DISMISSED for failure to effectuate service of process pursuant to LR 41.2(B) within ten (10) days of date of entry of this order. The Clerk is directed to resubmit this action in ten (10) days.

SO ORDERED, this __13__ day of August, 2014.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ORINDA D. EVANS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE